JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

SUNG CHOI,

        Plaintiff,

   vs.

BAI JIN INC D/B/A MONLAND
HOTPOT CITY; SOGO GROUP CO.;
and DOES 1 through 10,

        Defendants.

**Case No.: 2:19-cv-08678 AB (AGRx)**
Hon. Andre Birotte Jr.

**ORDER GRANTING STIPULATION
FOR DISMISSAL OF THE ENTIRE
ACTION**

    Based on the parties' stipulation, this case is hereby **DISMISSED** with prejudice, all parties to bear their own fees and costs.

IT IS SO ORDERED.

Dated: April 29, 2020

_____
HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE